**UNITED STATES COURT OF APPEALS**
**DISTRICT OF COLUMBIA CIRCUIT**

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** SSC Mystic Operating Company, LLC, d/b.

v.

National Labor Relations Board

**Case No:** 14-1045

## ENTRY OF APPEARANCE

### Party Information

The Clerk shall enter my appearance as counsel for the following parties:
(List each party represented individually. Use an additional blank sheet as necessary)

- ⦿ Appellant(s)/Petitioner(s)   ◯ Appellee(s)/Respondent(s)   ◯ Intervenor(s)   ◯ Amicus Curiae

SSC Mystic Operating Company, LLC,

d/b/a Pendleton Health & Rehabilitation Center

Names of Parties                          Names of Parties

### Counsel Information

**Lead Counsel:** J. Michael McGuire

**Direct Phone:** (410) 752-1040  **Fax:** (410) 752-8861  **Email:** mcguire@shawe.com

**2nd Counsel:**

**Direct Phone:** (   )    -       **Fax:** (   )    -       **Email:**

**3rd Counsel:**

**Direct Phone:** (   )    -       **Fax:** (   )    -       **Email:**

**Firm Name:** Shawe Rosenthal LLP

**Firm Address:** One South Street, Suite 1800, Baltimore, MD 21202

**Firm Phone:** (410) 752-1040  **Fax:** (410) 752-8861  **Email:** mcguire@shawe.com

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit.
**Names of non-member attorneys listed above will not be entered on the court's docket.**
Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/

USCA Form 44
August 2009 (REVISED)

# **CERTIFICATE OF SERVICE**

I hereby certify that a copy of J. Michael McGuire's Entry of Appearance was served this 9th day of May, 2014 by First Class mail, postage prepaid, upon the following:

> Laura A. Sacks, Esq.
> Counsel for the General Counsel
> First Region
> National Labor Relations Board
> Thomas P. O'Neill, Jr. Federal Building
> 10 Causeway St., 6th Fl.
> Boston, MA 02222-1072
>
> Mr. Jonathan B. Kreisberg
> Regional Director
> National Labor Relations Board, Region 1
> 10 Causeway St., 6th Fl.
> Boston, MA 02222-1072
>
> Kevin A. Creane, Esq.
> Law Office of John M. Creane
> 92 Cherry Street
> P. O. Box 170
> Milford, CT 06460-0170
>
> Robert Baril
> Vice President
> NEHCEU District 1199 SEIU
> 77 Huyshope Ave., 1st Fl.
> Hartford, CT 06106

Gary Shinners, Esq.
Executive Secretary
National Labor Relations Board
1099 14th Street, N.W.
Washington, DC  20570-0001

Richard Griffin, Esq.
General Counsel
National Labor Relations Board
1099 14th Street, N.W.
Washington, DC  20570-0001

Linda J. Dreeben, Esq.
Assistant General Counsel
Division of Enforcement Litigation
National Labor Relations Board
1099 14th St., NW
Washington, DC 20570-0001

/s/
J. Michael McGuire

410262